AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

MAY 23 2018

David J. Bradley, Clerk

| | |
|---|---|
| United States of America )<br>v. )<br>AsarelRosalio FLORES-Olmos (YOB: 1988; Mexico) )<br> )<br> )<br> )<br>_____ )<br>*Defendant(s)* | Case No. M-18-1084-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 21, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Knowingly and intentionally possess with the intent to distribute approximately 163 kilograms of marijuana, a Schedule I controlled substance in violation of 21 United States Code Section 841. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan McTaggart Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 23, 2018 9:24 a.m.

_____
*Judge's signature*

City and state: McAllen, Texas

United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

On May 21, 2018, Asarel Rosalio FLORES-Olmos (hereafter referred to as FLORES-Olmos), the driver and sole occupant of a tractor trailer bearing Mexican license plates, presented himself for admission at the Pharr, Texas, Port of Entry.

Customs and Border Protection Officers referred FLORES-Olmos for secondary inspection and, during secondary inspection, approximately one hundred sixty-three (163) kilograms of marijuana was discovered concealed inside the floor of the trailer.

In a post Miranda statement, FLORES-Olmos stated FLORES-Olmos had been recruited to drive a vehicle, which FLORES-Olmos knew contained contraband, across the United States / Mexico International Boundary. FLORES-Olmos stated that he was to be paid $3000.00 USD for the smuggling.